Local Form 50

**FILED**

# United States Bankruptcy Court
## Eastern District of Missouri

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | 24-42473 |
|---|---|
| Creditor Name and Address: | GREGORY F.X. DALY, COLLECTOR OF REVENUE<br>1200 MARKET ST., ROOM 410<br>ST. LOUIS, MO 63103 |
| Court Claim or Amended Claim Number (if known): | 16 |
| Date Claim or Amended Claim Filed: | 3180.68 |
| Total Amount of Claim or Amended Claim Filed: | 3180.68 |

The undersigned is the above-referenced creditor or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim or amended claim and authorize the Clerk of this Court to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Executed on Date (MM/DD/YYYY): 03/17/2025   Signature: _____

Print Name: NICKOLAS KRATKY

Title (if applicable): COMPLIANCE

Company (if applicable): COR

Contact Phone #: 314-622-4326

Email Address: KRATKYN@STLOUIS-MO.GOV

Withdrawal of Claim – Local Form 50

## HOW TO FILL OUT THIS FORM

1. **Name of Debtor and Case Number:**
   Fill in the name of the debtor in the bankruptcy case and the bankruptcy case number. If you received a notice of the bankruptcy case from the court, this information is near the top of the notice.

2. **Information about Creditor:**
   Fill in the name and address of the creditor that was listed on the previously filed Proof of Claim form. This information should be the same as your information. If it is not, see the instructions on Transfer of Claim below.

3. **Information identifying the Claim or Amended Claim that is to be withdrawn:**
   Fill in the court claim or amended claim number, date claim or amended claim was filed, and total amount of claim or amended claim filed to help identify the claim or amended claim that is to be withdrawn.

4. **Signature, Name, Title, and Company:**
   Sign and print the name of the creditor or other person authorized to file this withdrawal of claim. If applicable, disclose the title of the creditor or other person authorized to file this withdrawal of claim and the company they represent.

5. **Copies of Claim or Amended Claim or Supporting Documents:**
   Do not attach a copy of the claim or amended claim you wish to withdraw. Do not attach copies of any supporting documents filed as attachments to the claim or amended claim you wish to withdraw.

## FILING THIS FORM

**This form may be filed one of following three ways:**

1. Attorneys and Creditors with Limited Filer electronic filing privileges may file their Withdrawal of Claim using the Court's CM/ECF system. Information regarding the Court's CM/ECF system may be accessed at:
   https://www.moeb.uscourts.gov/electronic-filing.

2. Creditors may utilize the Court's eWOC system to file their Withdrawal of Claim. Information regarding the Court's eWOC system may be accessed at: https://www.moeb.uscourts.gov/epoc-electronic-proof-claim-filing-ewoc-electronic-withdrawal-claim-filing.

3. Creditors may mail a paper copy of their Withdrawal of Claim to the Clerk of the Bankruptcy Court at the following address:

   United States Bankruptcy Court, Eastern District of Missouri
   Thomas F. Eagleton U.S. Courthouse
   111 South 10th St., 4th Floor
   St. Louis, MO 63102

To receive confirmation that this document has been filed, enclose a self-addressed stamped envelope and copy of the completed form with your filing.

## DEFINITIONS

**Debtor**
The person, corporation, or other entity who is in bankruptcy.

**Creditor**
The person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court in the district where the bankruptcy case was filed that shows how much the debtor owed a creditor on the date of the bankruptcy filing (the amount of the creditor's claim).

## TRANSFER OF CLAIM

Filing a Withdrawal of Claim does not effectuate a transfer of claim. To effectuate a transfer of claim, you must file a separate document titled "Transfer of Claim" that substantially conforms with Director's Form B2100A. A copy of Director's Form B2100A with detailed instructions for using that form may be accessed on the United States Courts website at https://www.uscourts.gov/forms/bankruptcy-forms.

Rev. 10/20